# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES E. PHILLIP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:10CV397** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **IOWA PLAINS SIGNING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 60).  The Court being advised in the premises, finds that such an Order is proper.

**IT IS THEREFORE ORDERED** that the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 60) is adopted and this action is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

Dated this 23rd day of July, 2012.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge